UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY ROHRBACHER, Individually and Behalf of Himself and All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) v. ) EMDEON INC.; et al., ) ) Defendants. ) | Case No. 3:11-cv-0845 Judge Campbell Magistrate Griffin CLASS ACTION |

COMPENDIUM OF UNREPORTED AND OUT OF STATE CASES
CITED IN DEFENDANTS' MOTION TO DISMISS
THE AMENDED SHAREHOLDER CLASS ACTION COMPLAINT

**Unreported Cases**

*ACE Ltd. v. Capital Re Corp.*, 747 A.2d 95 (Del. Ch. 1999)

*Beck ex rel. Equity Office Properties Trust v. Dobrowski*, No. 06 C 6411, 2007 WL 3407132 (N.D. Ill. Nov. 14, 2007)

*Binks v. DSL.net, Inc.*, C. A. No. 2823, 2010 WL 1713629 (Del. Ch. Apr. 29, 2010)

*Bond Opportunity Fund v. Unilab Corp.*, C. A. No. 99-cv-11074, 2003 WL 21058251 (S.D.N.Y. May 9, 2003)

*Cinerama, Inc. v. Technicolor, Inc.*, 663 A.2d 1156 (Del. 1995)

*Cnty of York Emps. Ret. Plan v. Merrill Lynch & Co.*, C. A. No. 4066, 2008 WL 4824053 (Del. Ch. Oct. 28, 2008)

*Dixon v. Ladish Co.*, C. A. No. 10-cv-1076, 2011 WL 1219256 (E.D. Wisc. Mar. 30, 2011)

*Gatz v. Ponsoldt*, 925 A.2d 1265 (Del. 2007)

*Golden Cycle LLC v. Allan*, C. A. No. 16301, 1998 WL 892631 (Del. Ch. Dec. 10, 1998)

*In re 3Com S'holders Litig.*, C. A. No. 5067-CC, 2009 WL 5173804 (Del. Ch. Dec. 18, 2009)

*In re Allion Healthcare Inc. S'holders Litig.*, C.A. No. 5022-CC, 2011 WL 1135016 (Del. Ch. March 29, 2011)

| **Unreported Cases** |
|---|

*In re Best Lock Corp. S'holders Litig.*, 845 A.2d 1057 (Del. Ch. 2001)

*In re Cox Comm'ns, Inc. S'holders Litig.*, 879 A.2d 604 (Del. Ch. 2005)

*In re Del Monte Foods Co. S'holders Litig.*, 25 A.3d 813 (Del. Ch. 2011)

*In re Dollar Thrifty S'holder Litig.*, 14 A.3d 573 (Del. Ch. 2010)

*In re Openlane, Inc. S'holders Litig.*, C.A. No. 6849-VCN, slip op. (Del. Ch. Sept. 30, 2011)

*In re Pennaco Energy, Inc. S'holders Litig.*, 787 A.2d 691 (Del. Ch. 2001)

*In re Pure Resources, Inc. S'holder Litig.*, 808 A.2d 421 (Del. Ch. 2002)

*In re Revlon, Inc. S'holders Litig.*, 990 A.2d 940 (Del. Ch. 2010)

*Lyondell Chem. Co. v. Ryan*, 970 A.2d 235 (Del. 2009)

*Malpiede v. Townson*, 780 A.2d 1075 (Del. 2001)

*Orman v. Cullman*, 794 A.2d 5 (Del. Ch. 2002)

*Paramount Comm'ns, Inc. v. QVC Network Inc.*, 37 A.2d 34 (Del. 1994)

*Revlon, Inc. v. MacAndrews & Forbes Holdings, Inc.,* 506 A.2d 173 (Del. 1986)

*Skeen v. Jo-Ann Stores*, C. A. No. 16836, 1999 WL 803974 (Del. Ch. Sept. 27, 1999), aff'd, 750 A.2d 1170 (Del. 2000)

*Tomczak v. Morton Thiokol, Inc.*, C. A. No. 7861, 1990 WL 42607 (Del Ch. Apr. 5, 1990)

*Van De Walle v. Unimation, Inc.*, C. A. No. 7046, 1991 WL 29303 (Del. Ch. Mar. 7, 1991)

*Weinberger v. United Fin. Corp. of Cal.*, C. A. No. 5914, 1983 WL 20290 (Del. Ch. Oct. 13, 1983)

## CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 6th day of October 2011, which will send a notice of electronic filing to the following:

**George E. Barrett**
**Douglas S. Johnston, Jr.**
**Timothy L. Miles**
BARRETT JOHNSTON, LLC
217 Second Avenue, North
Nashville, TN 37201-1601

**Brian J. Robbins**
**Stephen J. Oddo**
**Arshan Amiri**
**Lauren E. Rosner**
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

**Willie Briscoe**
THE BRISCOE LAW FIRM, PLLC
8117 Preston Road, Suite 300
Dallas, TX 75225
Telephone: (214) 706-9314
Facsimile: (214) 706-9315

**Patrick Powers**
POWERS TAYLOR LLP
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: (214) 239-4565
Facsimile: (214) 550-2635

*Attorneys for Plaintiff*

/s/ E. Steele Clayton