UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY ROHRBACHER, Individually on Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>EMDEON INC., GEORGE I. LAZENBY, IV, TRACY L. BAHL, PHILLIP U. HAMMARSKJOLD, ALLEN R. THORPE, MARK F. DZIALGA, JONATHAN C. KORNGOLD, JIM D. KEVER, DINYAR S. DEVITRE, BLACKSTONE CAPITAL PARTNERS VI, L.P., HELLMAN & FRIEDMAN LLC, GENERAL ATLANTIC LLC, BEAGLE PARENT CORP., and BEAGLE ACQUISITION CORP.,<br><br>        Defendants. | No. 3:11-cv-00845<br><br>Chief Judge Todd J. Campbell<br><br>Magistrate Judge Juliet E. Griffin<br><br>CLASS ACTION |

---

### DECLARATION OF E. STEELE CLAYTON, IV IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED SHAREHOLDER CLASS ACTION COMPLAINT

I, E. Steele Clayton, IV, hereby declare and state as follows:

1. I submit this declaration in support of the Defendants' (Emdeon, Inc., George I. Lazenby, IV, Tracy L. Bahl, Phillip U. Hammarskjold, Allen R. Thorpe, Mark F. Dzialga, Jonathan C. Korngold, Jim D. Kever, Dinyar S. Devitre, Blackstone Capital Partners VI, L.P., Hellman & Friedman LLC, General Atlantic LLC, Beagle Parent Corp., and Beagle Acquisition Corp.) Motion To Dismiss The Amended Shareholder Class Action Complaint.

2. I am an attorney duly admitted to practice law in the State of Tennessee and am a member of the law firm of Bass, Berry & Sims PLC, counsel of record for Emdeon, Inc. and the Individual Defendants in this litigation. The facts stated herein are known to me of my own personal knowledge and, if sworn, I could and would testify competently thereto.

3. Attached as <u>Exhibit A</u> is a true and correct copy of the definitive Proxy Statement of Emdeon Inc., filed with the Securities and Exchange Commission on September 29, 2011.

4. Attached as <u>Exhibit B</u> is a true and correct copy of the "Verified Consolidated Amended Class Action Complaint" in *In re Emdeon Inc. Shareholder Litigation*, C.A. No. 6767-VCN (the "Consolidated Delaware Action"), filed in the Court of Chancery of the State of Delaware on August 26, 2011.

5. Attached as <u>Exhibit C</u> is a true and correct copy of Scheduling Order entered by the Delaware Court of Chancery on September 7, 2011 in the Consolidated Delaware Action.

6. Attached as <u>Exhibit D</u> is a true and correct copy of the "Amended Complaint for Breach of Fiduciary Duty," filed in the Tennessee Chancery Court for Davidson County, Twentieth Judicial District, in *City of Pontiac General Employees' Retirement System v. Emdeon et al.*, (the "Tennessee Chancery Action") on September 6, 2011.

7. Attached as <u>Exhibit E</u> is a true and correct copy of the Memorandum and Order of the Tennessee Chancery Court, filed in the Tennessee Chancery Action on September 12, 2011.

\*   \*   \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 6, 2011                    /s/ E. Steele Clayton, IV
                                          E. Steele Clayton, IV

## CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 6th day of October 2011, which will send a notice of electronic filing to the following:

**George E. Barrett**
**Douglas S. Johnston, Jr.**
**Timothy L. Miles**
BARRETT JOHNSTON, LLC
217 Second Avenue, North
Nashville, TN 37201-1601

**Brian J. Robbins**
**Stephen J. Oddo**
**Arshan Amiri**
**Lauren E. Rosner**
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

**Willie Briscoe**
THE BRISCOE LAW FIRM, PLLC
8117 Preston Road, Suite 300
Dallas, TX 75225
Telephone: (214) 706-9314
Facsimile: (214) 706-9315

**Patrick Powers**
POWERS TAYLOR LLP
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: (214) 239-4565
Facsimile: (214) 550-2635

*Attorneys for Plaintiff*

/s/ E. Steele Clayton