UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| HENRY ROHRBACHER, Individually on Behalf of Himself and All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> EMDEON INC., GEORGE I. LAZENBY, IV, TRACY L. BAHL, PHILIP U. HAMMARSKJOLD, ALLEN R. THORPE, MARK F. DZIALGA, JONATHAN C. KORNGOLD, JIM D. KEVER, DINYAR S. DEVITRE, BLACKSTONE CAPITAL PARTNERS VI, L.P., HELLMAN & FRIEDMAN LLC, GENERAL ATLANTIC LLC, BEAGLE PARENT CORP., and BEAGLE ACQUISITION CORP., <br><br> *Defendants*. | Case No. 3:11-cv-00845 <br><br> CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

WHEREAS, plaintiff Henry Rohrbacher filed a class action complaint on behalf of the holders of Emdeon Inc. ("Emdeon") stock, and all others similarly situated, against Emdeon and others on September 6, 2011, captioned *Rohrbacher v. Emdeon*, *et al.*, Case No. 3:11-cv-00845 ("Complaint");

WHEREAS, no defendant in this action has answered the Complaint or filed for summary judgment; and

WHEREAS, a class has not been certified in this action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Henry Rohrbacher voluntarily dismisses the Complaint without prejudice.

DATED: October 19, 2011

BARRETT JOHNSTON, LLC
TIMOTHY MILES

/s/ Timothy Miles
TIMOTHY MILES

217 Second Avenue North
Nashville, TA 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
tmiles@barrettjohnston.com

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
brobbins@robbinsumeda.com
STEPHEN J. ODDO
soddo@robbinsumeda.com
ARSHAN AMIRI
aamiri@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

THE BRISCOE LAW FIRM, PLLC
WILLIE BRISCOE
wbriscoe@thebriscoelawfirm.com
8117 Preston Road, Suite 300
Dallas, TX 75225
Telephone: (214) 706-9314
Facsimile: (214) 706-9315

POWERS TAYLOR LLP
PATRICK POWERS
Patrick@powerstaylor.com
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: (214) 239-4565
Facsimile: (214) 550-2635

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2011, a true and exact copy of the foregoing Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(A)(1) was served upon the following via the Court's electronic filing system:

E. Steele Clayton , IV
Joseph B. Crace , Jr.
**BASS, BERRY & SIMS** (Nashville)
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
sclayton@bassberry.com
jcrace@bassberry.com

Andrew G. Gordon
Meghan M. Dougherty
**PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3543
agordon@paulweiss.com
mdougherty@paulweiss.com

*Attorneys for Defendants Emdeon, Inc. George I. Lazenby, IV, Tracy L. Bahl, Philip U. Hammarskjold, Allen R. Thorpe, Mark F. Dzialga, Jonathan C. Korngold, Jim D. Kever and Dinyar S. Devitre*

Matthew Joseph Sweeney , III
Joy Boyd
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC** (Nash)
211 Commerce Street, Suite 800
Nashville, TN 37201
Telephone: (615) 726-5600
msweeney@bakerdonelson.com
jboyd@bakerdonelson.com

*Attorneys for General Atlantic, LLC*

Steven Allen Riley
James N. Bowen
Milton S. McGee , III
**RILEY, WARNOCK & JACOBSON**
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
sriley@rwjplc.com
jimbowen@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for Defendant Blackstone Capital Partners VI, L.P., Beagle Parent Corp. and Beagle Acquisition Corp.*

John C. Hayworth
Erin Palmer Polly
**WALKER, TIPPS & MALONE**
2300 One Nashville Place
150 Fourth Avenue, N
Nashville, TN 37219-2415
Telephone: (615) 313-6000
jhayworth@walkertipps.com
epolly@walkertipps.com

*Attorneys for Hellman & Friedman LLC*

    /s/ Timothy L. Miles
   TIMOTHY L. MILES